UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OILDALE MUTUAL WATER COMPANY,<br><br>                    **Plaintiff**<br><br>         v.<br><br>CROP PRODUCTION SERVICES, INC., et al.,<br><br>                    **Defendants** | CASE NO. 1:13-CV-2054 AWI JLT<br><br>ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION |

Defendant Crop Production Services has filed a motion to dismiss that is set for hearing on January 21, 2014. The Court has reviewed the papers and has determined that this matter is suitable for decision without oral argument. See Local Rule 230(g).

Therefore, IT IS HEREBY ORDERED that the previously set hearing date of January 21, 2014, is VACATED, and the parties shall not appear at that time. As of January 21, 2014, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:   January 16, 2014                                     _____
                                                                                    SENIOR DISTRICT JUDGE