UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OILDALE MUTUAL WATER COMPANY,<br><br>  Plaintiff,<br><br>  vs.<br><br>CROP PRODUCTION SERVICES, INC., et al.,<br><br>  Defendants. | CASE NO. 1:13-cv-02054-AWI-JLT<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**<br>**(Doc. 24)**<br><br>**ORDER TO SHOW CAUSE WHY THE MATTER SHOULD NOT BE REMANDED TO STATE COURT** |

Before the Court is the motion of Plaintiff for leave to file a first amended complaint. (Doc. 24) Defendant Crop Production Services, Inc. has filed a statement of non-opposition to the motion. (Doc. 25) Therefore the Court **ORDERS**:

1. Plaintiff's motion for leave to file a first amended complaint (Doc. 24) is **GRANTED**;

2. Plaintiff **SHALL** file its first amended complaint, lodged as (Doc. 24-3) **within two court days** of the service of this order;

3. Defendant Crop Production Services, Inc. **SHALL** file its responsive pleading within 21 days of the service of the first amended complaint;

///

///

///

///

4.  **Within 14 days** of the filing of the first amended complaint, the parties are **ORDERED** to show cause in writing why the matter should not be remanded to state court. Briefs SHALL NOT exceed 10 pages.

IT IS SO ORDERED.

Dated:   **August 18, 2014**              **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28