**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OILDALE MUTUAL WATER COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> CROP PRODUCTION SERVICES, INC. et al., <br><br> Defendants. | Case No.: 1:13-cv-02054 - AWI - JLT <br><br> ORDER DISCHARGING THE ORDER TO SHOW CAUSE DATED AUGUST 18, 2014 <br><br> ORDER REMANDING THE ACTION TO THE SUPERIOR COURT OF KERN COUNTY |

On August 14, 2014, the Court granted Plaintiff's motion for leave to file a First Amended Complaint. (Doc. 27 at 1.) In addition, the Court and ordered the parties to "show cause in writing why the matter should not be remanded to state court." (*Id.* at 2.) On August 29, 2014, Plaintiff and Defendant filed a joint response to the Court's order, noting "the parties agree the remand of the case back to Kern County Superior Court is now required" given the lack of diversity among the parties. (Doc. 34 at 2.) Accordingly, **IT IS HEREBY ORDERED**:

1. The Order to Show Cause dated August 18, 2014 is **DISCHARGED**; and
2. The matter is **REMANDED** to the Superior Court of Kern County.

IT IS SO ORDERED.

Dated:   **September 3, 2014**              /s/ Jennifer L. Thurston
                                              UNITED STATES MAGISTRATE JUDGE

1